FILED: February 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1999
(2:24-cv-00001-EWH-LRL)

_____

OKSANA MARINARO,

Plaintiff – Appellant,

v.

HONORABLE WILLIAM S. MOORE; HONORABLE JAMES C. LEWIS; HONORABLE LESLIE L. LILLEY; HONORABLE H. THOMAS PADRICK; HONORABLE TINA SINNEN; BRETT TIDRICK; CHERYL E. BENN, all in their official and individual capacity,

Defendants – Appellees.

_____

O R D E R

_____

The court amends its opinion filed February 24, 2025, as follows:

On the cover page, the decided date is corrected to February 24, 2025.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk